UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EHAB MUHAMMED MU AL HASNAWI,<br><br>     Plaintiff,<br><br> v.<br><br>LAMB WESTON PASCO; KELCEY, HR Jeneralist; CLIFF IMAMSHUH,<br><br>     Defendants. | NO: 4:17-CV-5059-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff Ehab Muhammed Mu Al Hasnawi's motion to voluntarily dismiss his complaint, ECF No. 6. Having reviewed the motion and the record, the Court finds good cause to grant dismissal. Accordingly,

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Voluntarily Dismiss the Complaint, **ECF No. 6**, is **GRANTED**. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** November 9, 2017.

                                      *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                         United States District Judge